C-13-16(FTP)
(Rev. 5/04)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Tracey Foster | ) | No. B-08-81834 C-13D |
| Janie Little Foster | ) | |
| | ) | **ORDER** |
| | ) | |
| Debtor(s) | ) | |

On November 23, 2010, a hearing was held on the Standing Trustee's Motion dismissal of this case. At the hearing, the Trustee requested that the Motion be denied; therefore, it is

ORDERED that the Motion of the Standing Trustee for dismissal of this case is denied.

PARTIES TO BE SERVED
PAGE 1 OF 1
B-08-81834 C-13D

Tracey Foster
Janie Little Foster
614 Crestview Drive
Durham, NC 27712

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702